UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CLOUD NETWORK TECHNOLOGY USA INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>RRK TRUCKING INC.,<br><br>　　Defendant. | No. 1:23-CV-028-H-BU |

## FINAL JUDGMENT

By separate Order (Dkt. No. 46), the Court granted Cloud Network Technology USA Inc.'s amended motion for default judgment against defendant RRK Trucking Inc. It is therefore ordered that the defendant is liable in the amount of $3,094,311.78, plus costs. The Court's judgment is subject to pre-judgment interest at the rate of 8.5% per annum from February 1, 2023, to the day preceding the date of this judgment. Further, the Court's judgment is subject to post-judgment interest at the federal rate specified in 28 U.S.C. § 1961(a). All relief not expressly granted is denied. The Clerk of Court is directed to close this case.

So ordered on April 12, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE